UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>*Kulik v. 3M Company, et al.,* | Case No. 9:20-cv-02486-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>MDL Case No. 3:19-MD-2885-MCR-GRJ |

### PLAINTIFF'S NOTICE OF DESIGNATED FORUM

Pursuant to the Court's Case Management Order No. 24 (ECF No. 1915), Edward Kulik designates the United States District Court for the District of Minnesota as the forum for their individual action (Case No. 9:20-cv-02486-MCR-GRJ) in the *3M Combat Arms Earplug Products Liability Litigation* (MDL Case No. 3:19-MD-2885-MCR-GRJ).

Dated: March 24, 2022                                Respectfully submitted,

/s/ Nicole Berg
Nicole Berg (IL Bar # 6305464)*
  ncb@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, certifies that the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on March 24, 2022.

/s/ *Nicole Berg*